IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JONATHAN ROUSER,**

    Plaintiff,

v.                                         Civil Action No. **3:18CV713**

**JOHN/JANE DOE,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 29, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $31.26 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

                                                          /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: 1/24/2019
Richmond, Virginia