IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JONATHAN ROUSER,**

Plaintiff,

v.  Civil Action No. **3:18CV713**

**JOHN/JANE DOE,**

Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on November 29, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $31.26 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Thereafter, by Memorandum Opinion and Order entered on January 24, 2019, the Court dismissed the action because Plaintiff had neither paid the initial partial filing fee nor averred that he could not pay such a fee. Further review of the docket reflects that Plaintiff submitted an untimely statement asserting that he could not pay the initial partial filing fee. Accordingly, the January 24, 2019 Memorandum Opinion and Order will be VACATED. The Court will CONTINUE TO PROCESS THE ACTION.

An appropriate Order shall issue.

/s/ M. Hannah Lauck
United States District Judge

Date: MAR 21 2019
Richmond, Virginia